UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| United States of America, | ) | Cr. No.: 8:10-cr-01155-GRA |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | |
| Wilton Leon Holley, | ) | ORDER |
| | ) | (Written Opinion) |
| Defendant. | ) | |

The hearing scheduled for Thursday, February 16, 2012 at 9:30 a.m. is hereby postponed until more detailed information is submitted to the Court regarding the Motion of the United States for Reduction of Sentence for Defendant Wilton Leon Holley. If such information is not forthcoming, this Court will submit an order to the local district attorney and will direct the United States District Court in the Northern District of Mississippi or whoever has such information to forthwith comply by furnishing the information to the Court.

No federal court regardless of where it is located has the authority to withhold pertinent information from another federal judge or court.

**IT IS SO ORDERED.**

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

February  14 , 2012
Anderson, South Carolina